Glenn Katon (SBN 281841)
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEY FOR PLAINTIFF R.N.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| R.N., by and through his guardian ad litem RYAN NUBLA,<br><br>Plaintiff,<br><br>v.<br><br>VALLEJO CITY UNIFIED SCHOOL DISTRICT, PETER D. CIRELLI, and DOES 1-20,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF RYAN NUBLA IN SUPPORT OF PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

I, Ryan Nubla, declare as follows:

1. I am over 18 years old and fully competent to make this declaration.

2. The matters contained in this declaration are true of my own personal knowledge, and I would competently testify to them if called upon to do so.

3. I am the father of R.N., who is the plaintiff in this lawsuit.

4. R.N. is a minor child.

5. I have no interests adverse to the interests of R.N., and R.N. lives with me.

6. I understand that as a minor, R.N., cannot bring or participate in a suit absent a Guardian Ad Litem or other formal representative.

7. I therefore respectfully request the present court to issue an order appointing me as



Doc ID: e1507e5a64f9d4be87f683eca093e3f016508539

Guardian Ad Litem for R.N. in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 4, 2026.

RYAN NUBLA



Doc ID: e1507e5a64f9d4be87f683eca093e3f016508539